[No. 6396–1. Division One. October 22, 1979.]

THE STATE OF WASHINGTON, *Appellant*, v. EVERETT DISTRICT COURT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 145875, Paul D. Hansen, J., entered February 16, 1978. *Remanded* by unpublished opinion per Callow, C.J., concurred in by James and Williams, JJ.

[No. 6988–1. Division One. October 22, 1979.]

JOHN DOE, *Appellant*, v. THE DIVISION OF VOCATIONAL REHABILITATION, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 845412, James J. Dore, J., entered September 18, 1978. *Remanded* by unpublished opinion per Swanson, J., concurred in by Callow, C.J., and Ringold, J.

[No. 7038–1. Division One. October 22, 1979.]

*In the Matter of the Marriage of* TUNZEL GRACE CRUMPLER, *Respondent, and* ROBERT ADRIAN CRUMPLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 142602, Thomas G. McCrea, J., entered September 26, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by Callow, C.J., and Williams, J.